**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTHONY S. CLARK, | |
| Plaintiff, | Case No. 3:19-cv-7855 (BRM) (DEA) |
| v. | **MEMORANDUM AND ORDER** |
| JOSHUA D. DETZKY, et al., | |
| Defendants. | |

      **THIS MATTER** is opened to the Court upon the filing of a complaint by pro se prisoner Anthony S. Clark ("Plaintiff"), alleging various violations of his constitutional rights pursuant to 42 U.S.C. § 1983. (*See* ECF Nos. 1, 2, 8 & 10.)

      **IT APPEARING THAT:**

      1.  At the time he filed his initial Complaint, and according to his most recent filing, Petitioner was detained at the Monmouth County Correctional Institution in Freehold, New Jersey. (*See* ECF Nos. 1, 10.)

      2.  Plaintiff is no longer in its custody according to the Monmouth County Correctional Institution Inmate Search Database, however. *See* https://www.mcsonj.org/divisions/corrections/inmate-search (last visited Jan. 5, 2021).

      3.  Since his release from jail, Plaintiff has not communicated with the Court regarding his civil case, including failing to provide the Court with his new address in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").[1]

---

[1] The Court initially accessed the Monmouth County Correctional Institution Inmate Search

Accordingly, and for good cause appearing,

**IT IS** on this 5th day of January 2021,

**ORDERED** by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

**ORDERED** as a result, the Clerk shall **ADMINISTRATIVELY TERMINATE** this case; and it is further

**ORDERED** if Plaintiff updates his contact information and satisfies the appropriate Rules, the Court will re-open this matter to screen his Third Amended Complaint accordingly; and it is further

**ORDERED** the Clerk shall serve this order on Plaintiff by regular U.S mail at his last listed address of record.

> */s/Brian R. Martinotti*
> **BRIAN R. MARTINOTTI**
> **UNITED STATES DISTRICT JUDGE**

---

Database on December 28, 2020, which showed Plaintiff was not in its custody.