UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY CLARK, | |
| Plaintiff, | Civ. No. 19-7855 (GC) (DEA) |
| v. | |
| JOSHUA D. DETZKY, et al., | **MEMORANDUM & ORDER** |
| Defendants. | |

**CASTNER, U.S.D.J.**

Plaintiff is a state prisoner proceeding *pro se* with a proposed Third Amended Complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 10). On May 24, 2022, Plaintiff filed a motion seeking a copy of his Third Amended Complaint and indicated he may wish to amend it. (*See* ECF 20). Given that Plaintiff's pleading is subject to the Court's *sua sponte* screening pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Court will grant Plaintiff's motion and give him a short period in which to file a proposed Fourth Amended Complaint that is still subject to the Court's *sua sponte* screening. However, should Plaintiff not file a proposed Fourth Amended Complaint within the time allotted, the Court will consider Plaintiff's Third Amended Complaint as the operative pleading and screen it in due course.

Accordingly, IT IS on this  9th  day of June, 2022,

ORDERED that Plaintiff's motion for a copy of his proposed Third Amended Complaint (ECF 20) is granted; and it is further

ORDERED that Plaintiff shall have twenty-one (21) days from the date of this Memorandum and Order in which to file a proposed Fourth Amended Complaint that is subject to the Court's *sua sponte* screening; and it is further

ORDERED that if Plaintiff does not file a proposed Fourth Amended Complaint within the time allotted, the Court will consider Plaintiff's Third Amended Complaint as the operative pleading in this case and screen it in due course; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order along with a copy of Plaintiff's proposed Third Amended Complaint (ECF 10) on Plaintiff by regular U.S. mail.

*[signature]*
GEORGETTE CASTNER
United States District Judge